# United States District Court
## Eastern District of Wisconsin

**DUSTIN STEGALL,**

        Plaintiff(s),

    v.

**IAN SCHIEFELBEIN,**
**CASEY BREITZMAN,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-27

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendants' motion to dismiss, ECF No. 10, is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**


        Approved:    *Stephen C. Dries*

                     STEPHEN C. DRIES
                     United States Magistrate Judge

Dated: June 6, 2023

                     GINA M. COLLETTI
                     Clerk of Court

                     *s/ Tony Byal*
                     (By) Deputy Clerk